```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF OHIO
                        EASTERN DIVISION
```

Henri Bendel, Inc.,                :

    Plaintiff,                 :

  v.                               :Case No. 2:17-cv-198

                              :CHIEF JUDGE EDMUND A. SARGUS, JR.
Illuminum Incorporated Ltd.,      Magistrate Judge Kemp

    Defendant.                 :

## ORDER

This case is stayed. Plaintiff shall file a status report every ninety days.

                                        /s/ Terence P. Kemp
                                        United States Magistrate Judge